IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> NRSII, LLC, *f/k/a NRS, LLC*; TN TRANSPORT, INC., NICHOLAS SCHAPS, II; TN ENERGY, LLC; and JOHN DOES 1-100, <br><br> Defendants. | CV 18-73-BLG-SPW-TJC <br><br> **ORDER** |

Parties have filed Joint Motion to Stay Proceedings. (Doc. 20.) Good cause appearing, IT IS HEREBY ORDERED that the motion is granted and proceedings in this case are stayed until March 1, 2019. The parties shall file a status report on or before March 4, 2019.

DATED this 4th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge