IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> NRSII, LLC, *f/k/a NRS, LLC*; TN TRANSPORT, INC., NICHOLAS SCHAPS, II; TN ENERGY, LLC; and JOHN DOES 1-100, <br><br> Defendants. | CV 18-73-BLG-SPW-TJC <br><br> **ORDER** |

Parties have filed Joint Status Report and Motion to Continue Stay (Doc. 22.) Good cause appearing, IT IS HEREBY ORDERED that the motion is granted and proceedings in this case are stayed until May 31, 2019. If this case has not been resolved by May 31, 2019, the parties shall file a status report with the Court.

DATED this 11th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge