IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>NRSII, LLC, fka NRS, LLC; TN TRANSPORT, INC.; TN ENERGY, LLC; NICHOLAS SCHAPS II; and John Does 1-100;<br><br>Defendants. | CV 18-73-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Notice of Stipulated Dismissal with Prejudice (Doc. 26), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its/his own attorneys' fees and costs.

DATED this 1st day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge